**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Thomas Jerome LUNDY, Defendant–Appellant.**

**No. 16-10140**
**Non–Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

Date Filed: 08/31/2016

Francis Todd Williams, Pamela C. Marsh, Gregory Patrick McMahon, U.S. Attorney's Office, Gainesville, FL, Robert G. Davies, U.S. Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

Darren James Johnson, Federal Public Defender's Office, Gainesville, FL, Randolph Patterson Murrell, Federal Public Defender's Office, Tallahassee, FL, for Defendant–Appellant.

Thomas Jerome Lundy, Pro Se.

Before WILSON, ROSENBAUM and BLACK, Circuit Judges.

PER CURIAM:

Richard M. Summa, appointed counsel for Thomas Jerome Lundy in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v.*

*California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Lundy's conviction and sentence is **AFFIRMED**.